United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    LISA NGUYEN,                              Case No.  14-cv-05187-JST
                 Plaintiff,
8
           v.                                  **ORDER REFERRING CASE TO
9                                              BANKRUPTCY COURT AND
     NORTHWEST TRUSTEE SERVICES INC.,          VACATING CMC**
10   et al.,
                                               Re: ECF No. 31
11               Defendants.

12         Plaintiff filed this case on November 24, 2014, claiming that Defendants' foreclosure of

13   her property violated the automatic stay provided by 11 U.S.C. § 362.  ECF No. 1.

14         On March 9, 2015, the Court issued an order to show cause why this case should not be

15   referred to the Bankruptcy Court for the Northern District of California pursuant to Northern

16   District General Order 24.  ECF No. 31.  General Order 24 provides: "This court hereby refers to

17   the bankruptcy judges of this district all cases under title 11, and all proceedings arising under title

18   11 or arising in or related to cases under title 11."  See Northern District General Order 24,

19   available at http://cand.uscourts.gov/generalorders.  This case appears to arise under title 11.  The

20   Court ordered the parties to respond to the order to show cause by March 24, 2015.

21         No party filed a response to the order to show cause.  The parties did, however, file a joint

22   case management statement on March 11, 2015, in which the parties, or one of them, stated that

23   this case "was originally brought under the jurisdiction of this court because the plaintiff's claims

24   were no longer under the jurisdiction of the bankruptcy court as the bankruptcy was dismissed."

25   ECF No. 32 at 1.  This fact does not change the court's analysis:  as a general rule, the bankruptcy

26   court has jurisdiction over contempt proceedings arising from violations of the automatic stay

27   even after a case has been dismissed.  Sole Survivor Corp. v. Buxbaum, No. CV 07-3858-GW,

28   2009 WL 210471, at *4 (C.D. Cal. Jan. 22, 2009).

1    Accordingly, the Court finds that this case should be referred to the bankruptcy court as a

2  proceeding arising under title 11.  The case management conference currently set for March 25,

3  2015 is hereby vacated.  The Clerk shall refer this case to the Bankruptcy Court for the Northern

4  District of California.

5    IT IS SO ORDERED.

6  Dated:  March 25, 2015

7

8  _____
                                    JON S. TIGAR
9                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California